# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2727
_____

CRISTOBAL A. ALBA JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
James Daniel, Judge.

January 10, 2019

PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Cristobal A. Alba Jr., pro se, Appellant.

Ashley Brooke Moody, Attorney General, and Tabitha Herrera, Assistant Attorney General, Tallahassee, for Appellee.